

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-090-CV

IN RE DAMIEN DEMARQUIS HUCKABY                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied as moot.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  March 27, 2009

---

[1] *See* Tex. R. App. P. 47.4.